DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LARRY KLAYMAN,**
Appellant,

v.

**PGA TOUR,** et al.,
Appellees.

No. 4D2024-2604

[February 5, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Jr., Judge; L.T. Case No. 502022CA006587.

Larry Klayman, Boca Raton, pro se.

Lawrence D. Silverman and Kyle Tanzer of Sidley Austin LLP, Miami, for Appellees PGA Tour and Joseph William Monahan, IV.

Martin D. Goldberg, Daryl L. Saylor, and Thomas S.P. Geeker of LashGoldberg LLP, Miami, and Abram J. Ellis and Geoffrey Schmelkin of Simpson Thacher & Bartlett LLP, Washington, D.C., for Appellee Official World Golf Ranking.

Deanna K. Shullman and Minch Minchin of Shullman Fugate PLLC, West Palm Beach, for Appellee TGC, LLC (d/b/a the Golf Channel).

R. Eric Bilik and Kimberly T. Mydock of McGuireWoods LLP, Jacksonville, for Appellees PGA European Tour and Keith Pelley.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***